**STATE of Missouri, Respondent,**

v.

**Jason McCALE, Appellant.**

**No. WD 45656.**

Missouri Court of Appeals, Western District.

Nov. 24, 1992.

Susan L. Hogan, Appellate Defender, Office of State Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and TURNAGE and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for tampering in the first degree, § 569.080, RSMo, 1986, and sentence of three years based upon status as prior and persistent offender under § 557.036 and § 558.016.

Judgment affirmed. Rule 30.25(b).